**Order entered July 31, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00845-CR

**FELTNER DEAN HUNT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7
Dallas County, Texas
Trial Court Cause No. F18-75195-R**

## ORDER

Before the Court is appellant's July 17, 2019 "Motion to Extend Time to File Notice of Appeal or Deem Notice of Appeal Sufficient." The trial court's judgment was entered June 7, 2019. That same day, appellant filed a notice of appeal. Although the June 7th notice of appeal contains various errors, the notice is in writing, was filed with the trial court clerk, and "shows the party's desire to appeal from the judgment." *See* TEX. R. APP. P. 25.2(c). This appears to be sufficient under rule 25.2(c). *Harkcom v. State*, 484 S.W.3d 432, 434 (Tex. Crim. App. 2016); *Few v. State*, 230 S.W.3d 184, 189 (Tex. Crim. App. 2007).

In his July 17, 2019 motion, appellant notes the numerous errors in the June 7th notice of appeal. To the extent appellant seeks to correct the errors, the rules of appellate procedure provide "[a]n amended notice of appeal . . . may be filed in the appellate court accordance with

Rule 37.1, or at any time before the appealing party's brief is filed if the court of appeals has not used Rule 37.1." *See* TEX. R. APP. P. 25.2(f). Although appellant attaches a corrected amended notice of appeal as an exhibit to his motion, the amended notice of appeal itself has not been filed with the Court.

We **DENY** appellant's motion without prejudice to filing an amended notice of appeal under rule 25.2(f).

/s/     ROBERT D. BURNS, III
            CHIEF JUSTICE